Thomas A. Ambrose      065041
Attorney at Law
1590 Webster Street, Suite A
Fairfield, CA 94533
(707) 429-5550
(707) 429-3560

Attorney for Plaintiff,
SCOTT TERRA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT TERRA,<br><br>  Plaintiff,<br><br>  v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>  Defendants | Case No.: 2:07-cv-00059-RRB-EFB<br><br>STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER TO EXTEND EXPERT WITNESS DISCLOSURES, SUPPLEMENTAL DISCLOSURE AND DISCLOSURE OF ANY REBUTTAL EXPERTS, AND COMPLETION OF DISCOVERY.<br><br>Fed R. Civ. P. 26 (a) (2), 26 (a) (2) (C), |

Plaintiff Scott Terra and Defendant United States (The Parties), through their undersigned counsel, request by stipulation that the Court enter an Order modifying the Pretrial Scheduling Order and state the following in support:

This case arises out of the crash of a Cessna aircraft near Vacaville, California. The issues in the case include those relating to alleged negligence of a United States Air Force employees and alleged negligence of the pilot operating the aircraft. The documents and witnesses are numerous. Pursuant to the present Scheduling Order, expert witness disclosures under Fed. R. Civ. P 26(a)(2) is to take place by February 8, 2008; and all discovery is to be complete by April 25, 2008.

A matter arising out of the same facts and circumstances, *Terra v. Weddell*, has been pending in Solano County Superior Court, No. FCS027203, and notwithstanding

STIPULATION TO EXTEND EXPERT WITNESS DISCLOSURE, SUPPLEMENTAL DISCLOSURE AND DISCLOSURES OF ANY REBUTTAL EXPERTS, AND COMPLETION OF DISCOVERY

Page 1

PDF created with pdfFactory trial version www.pdffactory.com

settlement negotiations and discussions, the parties in that matter have not been able to reach a compromise and both matters are now proceeding in earnest.  Additionally, the attorney handling this matter for the United States recently left the Department of Justice and the matter has now been re-assigned to the undersigned counsel.

The Parties have exchanged extensive documentation.  Air Force witnesses have been located and it is anticipated that their depositions, the deposition of the pilot and of the plaintiff will all take place over the next several weeks.  Due to the technical nature of the case, the parties anticipate it will be necessary to designate several expert witnesses.  Although the Parties have been diligent and cooperative in their efforts, a short extension of time is requested to complete discovery and disclose experts.  Accordingly, the Parties hereby jointly stipulate and agree, and request that the Pretrial Scheduling Order be modified to extend the time for expert witness disclosures under Fed. R. Civ. P. 26 (a) (2) from February 8, 2008, to March 18, 2008; that the supplemental disclosure and disclosure of any rebuttal experts under Fed R. Civ. P. 26 (a) (2) (c) be extended from February 22, 2008, to March 28, 2008, and that the date for completion of discovery be extended from April 25, 2008, to May 12, 2008.  All other dates in the Pretrial Scheduling Order are to remain the same.  No prior extensions have been requested.
So Stipulated:

                                                LAW OFFICES OF THOMAS A. AMBROSE

DATED:      2/4/08                              "s/Thomas A. Ambrose,"
                                                THOMAS A. Ambrose, Attorney for Plaintiff,   SCOTT TERRA


                                                PETER D. KEISLER
                                                Assistant Attorney General


                                                MCGREGOR W. SCOTT
                                                United States Attorney

                                                E. ROBERT WRIGHT

STIPULATION TO EXTEND EXPERT WITNESS DISCLOSURE, SUPPLEMENTAL DISCLOSURE AND
DISCLOSURES OF ANY REBUTTAL EXPERTS, AND COMPLETION OF DISCOVERY

PDF created with pdfFactory trial version www.pdffactory.com

Assistant United States Attorney

DATED: 2/4/08

"s/Debra Fowler,"
DEBRA FOWLER
Senior Aviation Counsel
Torts Branch, Civil Division
U.S. Department of Justice
Post Office Box 14271
Washington, DC 20044-4271
Telephone: (202)616-4025
Facsimile: (202)616-4002

STIPULATION TO EXTEND EXPERT WITNESS DISCLOSURE, SUPPLEMENTAL DISCLOSURE AND
DISCLOSURES OF ANY REBUTTAL EXPERTS, AND COMPLETION OF DISCOVERY

Page 3

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

The court having read and considered the foregoing joint stipulation and request to modify the Scheduling Order and good cause appearing therefore,

IT IS HEREBY ORDERED that the Pretrial Scheduling Order be modified to extend the time for expert witness disclosures under Fed. R. Civ. P. 26 (a) (2) from February 8, 2008, to March 18, 2008, that the supplemental disclosure and disclosure of any rebuttal experts under Fed R. Civ. P. 26 (a) (2) (c) shall be extended from February 22, 2008, to March 28, 2008, and that the date for completion of discovery be extended from April 25, 2008, to May 12, 2008.

DATED:  2/5/2008

/s/ Ralph R. Beistline

HON.  RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND EXPERT WITNESS DISCLOSURE, SUPPLEMENTAL DISCLOSURE AND
DISCLOSURES OF ANY REBUTTAL EXPERTS, AND COMPLETION OF DISCOVERY

Page 4

PDF created with pdfFactory trial version www.pdffactory.com