Thomas A. Ambrose     065041
Attorney at Law
1590 Webster Street, Suite A
Fairfield, CA 94533
(707) 429-5550
(707) 429-3560

Attorney for Plaintiff,
SCOTT TERRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT TERRA | No. 2:07-cv-00059-RRB-EFB |
| Plaintiff, | STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER TO EXTEND DISCOVERY. |
| v. | |
| THE UNITED STATES OF AMERICA | Fed R. Civ. P. 26 (a) (2), 26 (a) (2) (C), |
| Defendants | |
| _____/ | |

    Plaintiff Scott Terra and Defendant United States (The Parties), through their undersigned counsel, request by stipulation that the Court enter an Order modifying the case management order and state the following in support:

    This case arises out of the crash of a Cessna aircraft near Vacaville, California. The issues in the case include those relating to alleged negligence of a United States Air Force employees and alleged negligence of the pilot operating the aircraft. The documents and witnesses are numerous. Pursuant to the present Scheduling Order, expert witness disclosures under Fed. R. Civ. P 26(a)(2) are to take place by March 18, 2008; and all discovery is to be complete by May 12, 2008. These dates were previously modified by the request of the Parties and it was hoped that the short extension previously granted would be sufficient. However, for the reasons set forth

PDF created with pdfFactory trial version www.pdffactory.com

below, the Parties hereby jointly request another extension of time to complete discovery in this matter.

A parallel proceeding, arising out of the same facts and circumstances, *Terra v. Weddell*, is pending in Solano County Superior Court, No. FCS027203. Counsel in the state court and federal court proceedings have been attempting to coordinate depositions and inspections in order to avoid duplication of discovery. It was hoped that the depositions of the pilot, Mr. Weddell, and the Plaintiff, Mr. Terra, would take place in mid-March. However, the duties of lead counsel for the state court defendant, Mr. Weddell, have recently been reassigned to another attorney in the defense counsel's firm and the coordination of the schedules of the parties and their counsel has slowed the progress of discovery somewhat.

The Parties have exchanged extensive documentation and written discovery. A wreckage inspection of the accident aircraft is now tentatively scheduled for March 18, 2008. The depositions of the pilot, Mr. Weddell, and the plaintiff, Mr. Terra, are set for April 2nd and 3rd respectively. It is anticipated that the depositions of Air Force witnesses will also take place in April. The Parties have been diligent and cooperative in their efforts, but an extension of time is requested to complete discovery and disclose experts. Accordingly, the Parties hereby jointly stipulate and agree, and request that the Pretrial Scheduling Order be modified to extend the time for expert witness disclosures under Fed. R. Civ. P. 26 (a) (2) from March 18, 2008 to April 18, 2008;  that the supplemental disclosure and disclosure of any rebuttal experts under Fed R. Civ. P. 26 (a) (2) (c) be extended from March 28, 2008 to April 28, 2008, and that the date for completion of discovery be extended from May 12, 2008 to June 12, 2008; and the deadline for the filing of dispositive motions be extended from May 21, 2008 to June 25, 2008.  No modification of the September 29, 2008 trial date is requested.

///

PDF created with pdfFactory trial version www.pdffactory.com

So Stipulated:

LAW OFFICES OF THOMAS A. AMBROSE,

DATED: 3/10/08

"/s/ Thomas A. Ambrose, Esquire
THOMAS A. Ambrose, Attorney for
Plaintiff, SCOTT TERRA


JEFFRY BUCHOLTZ
Acting Assistant Attorney General

MCGREGOR W. SCOTT
United States Attorney

E. ROBERT WRIGHT
Assistant United States Attorney

DATED: 3/10/08

/s/ Debra D. Fowler
DEBRA FOWLER
Senior Aviation Counsel
Torts Branch, Civil Division
U.S. Department of Justice
Post Office Box 14271
Washington, DC 20044-4271
Telephone: (202)616-4025
Facsimile: (202)616-4002

## **ORDER**

The court having read and considered the foregoing joint stipulation and request to modify the Scheduling Order and good cause appearing therefore, IT IS HEREBY ORDERED that the Pretrial Scheduling Order be modified to extend the time for expert witness disclosures under Fed. R. Civ. P. 26 (a) (2) from March 18, 2008, to April 18, 2008; that the supplemental disclosure and disclosure of any rebuttal experts under Fed R. Civ. P. 26 (a) (2) (c) shall be extended from March 28, 2008 to April 28, 2008; that the date for completion of discovery be extended from May 12, 2008 to June 12, 2008; and that the date for filing dispositive motions be extended from May 21, 2008 to June 25, 2008. The hearing on dispositive motions is set for July 23, 2008 at 10:00 a.m.

DATED: 03/10/2008            /s/ Ralph R. Beistline_____
                             HON. RALPH R. BEISTLINE
                             UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com