Thomas A. Ambrose          065041
Attorney at Law
1590 Webster Street, Suite A
Fairfield, CA 94533
(707) 429-5550
(707) 429-3560

Attorney for Plaintiff,
SCOTT TERRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT TERRA                                             No. 2:07-cv-00059-RRB-EFB

        Plaintiff,                                      STIPULATION TO MODIFY PRETRIAL
                                                        SCHEDULING ORDER TO EXTEND
        v.                                              DISCOVERY,  TIME FOR FILING AND
                                                        HEARING OF DISPOSTIVE MOTIONS,
THE UNITED STATES OF AMERICA
                                                        Fed R. Civ. P. 26 (a) (2), 26 (a) (2) (C),
        Defendants

_____/

        Plaintiff Scott Terra and Defendant United States (The Parties), through their undersigned counsel, request by stipulation that the Court enter an Order modifying the case management order and state the following in support:

        This case arises out of the crash of a Cessna aircraft near Vacaville, California. The issues in the case include those relating to alleged negligence of  United States Air Force employees and alleged negligence of the pilot operating the aircraft. The documents and witnesses are numerous. Pursuant to the present Scheduling Order, expert witness disclosures under Fed. R. Civ. P 26(a)(2) are to take place by April 18, 2008; and all discovery is to be complete by June 12, 2008. These dates were previously modified twice by the request of the Parties, and it was then hoped that these extensions would be sufficient. For the reasons set forth below, the Parties

STIPULATION TO MODIFY PRETRIALSCHEDULING ORDER TO EXTEND
DISCOVERY, TIME FOR FILING AND HEARING OF DISPOSTIVE MOTIONS,

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

hereby jointly request further extension of time for disclosure of expert witnesses and to complete discovery, and to change dates for filing and hearing of Dispositve motions.

A parallel proceeding arising out of the same facts and circumstances, *Terra v. Weddell,* is pending in Solano County Superior Court, No. FCS027203, and Counsel in the state court and federal court proceedings have been attempting to coordinate depositions and inspections in order to avoid duplication of discovery.  Since the last extension, the parties continue to cooperate and exchange information and written discovery, and the inspection that was tentatively scheduled in March, 2008, has been done, and the deposition of the plaintiff, Mr. Terra has been taken.  The depositions of the Air Force witnesses then expected to be taken in April, 2008, are now expected to be taken in May, 2008.  The parties have been diligent and cooperative in their efforts but a further extension of time is requested to complete discovery and disclose experts, and it is further requested that filing and hearing of dispositive motions be modified to follow completion of discovery.

Accordingly, the Parties hereby jointly stipulate and agree, and request that the Pretrial Scheduling Order be modified to extend the time for expert witness disclosures under Fed. R. Civ. P. 26 (a) (2) from April 18, 2008 to May 30, 2008; that the supplemental disclosure and disclosure of any rebuttal experts under Fed R. Civ. P. 26 (a) (2) (c) be extended from April 28, 2008 to June 9, 2008, and that the date for completion of discovery be extended from June 12, 2008 to June 30, 2008; and the deadline for the filing of dispositive motions be extended from June 25, 2008 to July 2, 2008 and the hearing of the dispositive motions be modified from July 23, 2008 to August 6, 2008.  No modification of the September 29, 2008 trial date is requested.

So Stipulated:

LAW OFFICES OF THOMAS A. AMBROSE,

DATED: 4/14/08

"/s/ Thomas A. Ambrose, Esquire

STIPULATION TO MODIFY PRETRIALSCHEDULING ORDER TO EXTEND
DISCOVERY, TIME FOR FILING AND HEARING OF DISPOSTIVE MOTIONS,

PDF created with pdfFactory trial version www.pdffactory.com

1                         THOMAS A. Ambrose, Attorney for
2                         Plaintiff, SCOTT TERRA

3

4                         JEFFRY BUCHOLTZ
5                         Acting Assistant Attorney General

6                         MCGREGOR W. SCOTT
7                         United States Attorney

8                         E. ROBERT WRIGHT
9                         Assistant United States Attorney

10 DATED:                  "/s/ Debra D. Fowler
11                         DEBRA FOWLER
                         Senior Aviation Counsel
12                         Torts Branch, Civil Division
                         U.S. Department of Justice
13                         Post Office Box 14271
14                         Washington, DC 20044-4271
                         Telephone: (202)616-4025
15                         Facsimile: (202)616-4002

16

17                                    **ORDER**

18

19       The court having read and considered the foregoing joint stipulation and request to
20 modify the Scheduling Order and good cause appearing therefore,

21       IT IS HEREBY ORDERED that the Pretrial Scheduling Order be modified to extend
22 the time for expert witness disclosures under Fed. R. Civ. P. 26 (a) (2) from April 18, 2008, to
23 May 30, 2008; that the supplemental disclosure and disclosure of any rebuttal experts under
24 Fed R. Civ. P. 26 (a) (2) (c) shall be extended from April 28, 2008 to June 9, 2008; that the
25 date or completion of discovery be extended from June 12, 2008 to June 30, 2008; and that
26 the date for filing dispositive motions be extended from June 25, 2008. to July 2, 2008, and
27 that the date for the hearing of the dispositive motions be modified from July 23, 2008 to
28 ///

PDF created with pdfFactory trial version www.pdffactory.com

1

August 6, 2008 at 10:00 a.m..

2

3    DATED: April 16, 2008

4                                                      /s/ Ralph R. Beistline_____
                                                       HON. RALPH R. BEISTLINE
5                                                      UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO MODIFY PRETRIALSCHEDULING ORDER TO EXTEND
DISCOVERY, TIME FOR FILING AND HEARING OF DISPOSTIVE MOTIONS,

PDF created with pdfFactory trial version www.pdffactory.com