Thomas A. Ambrose    065041
Attorney at Law
1590 Webster Street, Suite A
Fairfield, CA 94533
(707) 429-5550
(707) 429-3560

Attorney for Plaintiff,
SCOTT TERRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT TERRA<br><br>        Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>        Defendants<br>_____/ | No. 2:07-cv-00059-RRB-EFB<br><br>STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER TO EXTEND DISCOVERY, TIME FOR FILING AND HEARING OF DISPOSTIVE MOTIONS,<br><br>Fed R. Civ. P. 26 (a) (2), 26 (a) (2) (C), |

      Plaintiff Scott Terra and Defendant United States (The Parties), through their undersigned counsel, request by stipulation that the Court enter an Order modifying the case management order and state the following in support:

      This case arises out of the crash of a Cessna aircraft near Vacaville, California. The issues in the case include those relating to alleged negligence of United States Air Force employees and alleged negligence of the pilot operating the aircraft. The documents and witnesses are numerous. Pursuant to the present Scheduling Order, expert witness disclosures under Fed. R. Civ. P 26(a)(2) are to take place by May 30, 2008 and all discovery is to be complete by June 30, 2008. These dates were previously modified three times by the request of the Parties, and it was then hoped that these extensions would be sufficient. For the reasons set forth below, the Parties

Page 1
STIPULATION TO MODIFY PRETRIALSCHEDULING ORDER TO EXTEND
DISCOVERY AND DISCLOSURE OF EXPERTS, TIME FOR FILING AND HEARING OF DISPOSTIVE MOTIONS

PDF created with pdfFactory trial version www.pdffactory.com

hereby jointly request further extension of time for disclosure of expert witnesses and to complete discovery, and to change dates for filing and hearing of Dispositive motions.

A parallel proceeding arising out of the same facts and circumstances, *Terra v. Weddell*, is pending in Solano County Superior Court, No. FCS027203, and Counsel in the state court and federal court proceedings have been attempting to coordinate depositions and inspections in order to avoid duplication of discovery. Since the last extension, the parties in both matters continue to cooperate in scheduling and conducting discovery. The deposition of the pilot, Ted Weddell, defendant in the State action has been taken, and the deposition of one air traffic controller has been taken and depositions of two others have been scheduled, one in Las Vegas on June 6, 2008, and one in Germany at Spangdahlem Air Force Base on June 13, 2008. The parties have been diligent and cooperative in their efforts but there is limited available time for all counsel to depose experts expected to be disclosed, and to complete other discovery within the time presently set to do so, and so an extension of time is requested to complete discovery and disclose experts, and it is further requested that filing and hearing of dispositive motions be modified to follow completion of discovery.

Accordingly, the Parties hereby jointly stipulate and agree, and request that the Pretrial Scheduling Order be modified to extend the time for expert witness disclosures under Fed. R. Civ. P. 26 (a) (2) from May 30, 2008 to Wednesday, June 4, 2008, that the supplemental disclosure and disclosure of any rebuttal experts under Fed R. Civ. P. 26 (a) (2) (c) be extended from June 9, 2008, to June 16, 2008, and that the date for completion of discovery be extended from June 30, 2008 to July 14, 2008, and the deadline for the filing of dispositive motions be extended from July 2, 2008 to July 23, 2008, and the hearing of the dispositive motions be modified from August 6, 2008 to August 20, 2008. It is agreed the joint pretrial conference statement will be filed on September 24, 2008 and the pretrial conference will be moved from August 22, 2008 to October 1, 2008, and the trial date from September 29, 2008 to November 10, 2008.

PDF created with pdfFactory trial version www.pdffactory.com

1

2  So Stipulated:

3

4                           LAW OFFICES OF THOMAS A. AMBROSE,

DATED: 5/30/08

5           "/s/ Thomas A. Ambrose, Esquire
            THOMAS A. Ambrose, Attorney for
6           Plaintiff, SCOTT TERRA

7

8
            GREGORY KATSAS
9           Acting Assistant Attorney General

10
            MCGREGOR W. SCOTT
11          United States Attorney

12          E. ROBERT WRIGHT
            Assistant United States Attorney
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED: 5/30/08 | "/s/ Debra D. Fowler<br>DEBRA FOWLER<br>Senior Aviation Counsel<br>Torts Branch, Civil Division<br>U.S. Department of Justice<br>Post Office Box 14271<br>Washington, DC 20044-4271<br>Telephone: (202)616-4025<br>Facsimile: (202)616-4002 |

## **ORDER**

The court having read and considered the foregoing joint stipulation and request to modify the Scheduling Order and good cause appearing therefore,

IT IS HEREBY ORDERED that the Pretrial Scheduling Order be modified as follows: to extend the time for expert witness disclosures under Fed. R. Civ. P. 26 (a) (2) from May 30, 2008 to June 4, 2008; that the supplemental disclosure and disclosure of any rebuttal experts under Fed R. Civ. P. 26 (a) (2) (c) shall be extended from June 9, 2008 to June 16, 2008; that the date or completion of discovery is extended from June 30, 2008 to July 14, 2008; that the date for filing dispositive motions is extended from July 2, 2008 to July 23, 2008, the date for the hearing of the dispositive motions is extended from August 6, 2008 to August 20, 2008.   It is further ordered that the date for filing the Joint Pretrial Statement date is extended from August 15, 2008 to September 24, 2008; the Pretrial Conference is extended from August 22, 2008 to October 1, 2008 at 4:00 p.m. and the trial is extended from September 29, 2008 to November 10, 2008 at 8:30 a.m..  Pursuant to the Federal Tort Claims Act, trial will be to the Court without a jury.

DATED: May 30, 2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com