UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT TERRA, | Case No.: 2:07-CV-00059-JAM |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS AND ORDER** |
| UNITED STATES OF AMERICA, | Fed. R.Civ.P. 41(a) |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a). It is further stipulated that each side is to bear their own attorney fees and costs of litigation.

So Stipulated:

                        LAW OFFICES OF THOMAS A. AMBROSE

DATED: 9/26/08        "/s/Thomas A. Ambrose (as authorized on 9/26/08)
                                    THOMAS A. AMBROSE, Attorney for
                                    Plaintiff, SCOTT TERRA


                                    GREGORY KATSAS
                                    Assistant Attorney General

                                    MCGREGOR W. SCOTT
                                    United States Attorney

Stipulation to Dismiss
Case No. 2:07-CV-00059-JAM

|     |                     |                                          |
| --- | ------------------- | ---------------------------------------- |
| 1   |                     | E. ROBERT WRIGHT                         |
| 2   |                     | Assistant United States Attorney         |
| 3   |                     |                                          |
| 4   | DATED: 9/26/08      | /s/ Debra D. Fowler                      |
| 5   |                     | DEBRA FOWLER                             |
|     |                     | Senior Aviation Counsel                  |
| 6   |                     | Torts Branch, Civil Division             |
| 7   |                     | U.S. Department of Justice               |
|     |                     | Post Office Box 14271                    |
| 8   |                     | Washington, DC 20044-4271                |
| 9   |                     | Telephone: (202)616-4025                 |
|     |                     | Facsimile: (202)616-4002                 |
| 10  |                     | Attorneys for Defendant United States    |

SO ORDERED :

DATED:   9/29/2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

Stipulation to Dismiss
Case No. 2:07-CV-00059-JAM                - 2 -